**Opinion issued December 17, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-19-00544-CV

—————————————

## CHRISTOPHER MITCHELL AND TIFFANY MITCHELL, Appellants

## V.

## CALVIN PRESTON, Appellee

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1130499

## MEMORANDUM OPINION

Appellants, Christopher Mitchell and Tiffany Mitchell, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.